# Exhibit 1



## The Random House Publishing Group

Ballantine Books · Del Rey · Modern Library · One World · Presidio Press · Random House · Random House Trade Paperbacks · Villard

**Kate Medina**
EXECUTIVE VICE PRESIDENT
ASSOCIATE PUBLISHER
EXECUTIVE EDITORIAL DIRECTOR
RANDOM HOUSE

January 6, 2016

Chaz Reetz-Laiolo

█████████████

RE:     *The Girls*

Dear Mr. Reetz-Laiolo:

Emma Cline has shared with us your suggestion that her book, *The Girls*, may plagiarize phrases from some of your work. We have sat down with Ms. Cline and discussed the matter with her and have also reviewed email correspondence between the two of you that she provided to us. We also understand that you and Ms. Cline were involved in a relationship from about 2009-2012 and that during that time, Ms. Cline was working on a different book, a novel about a commune. Ms. Cline explained to us that, as is common in couples, you discussed what you were working on and that since you were both writers, each of you periodically gave the other feedback on his or her writing. I understand that even after the end of the relationship you continued to discuss your work with each other from time to time. We have carefully considered the information Ms. Cline has given us and do not believe that any plagiarism has taken place.

We understand that Ms. Cline has sent you a draft of a manuscript of the Book and invited you to be more specific about your concerns, but that you have declined to do so. If there is information that you believe we have not considered in determining that no plagiarism has taken place, we invite you to share that information with us. We are prepared to consider and address any information you may provide. If we do not hear from you, we will assume that your concerns have been addressed.

Sincerely,

Kate Medina

DWT 28580698v1 0056070-000004