# Exhibit 4

<u>**VIA E-MAIL**</u>
Ms. Emma Cline

████████████████████

January 15, 2016

  **Re:**   <u>***The Girls***</u>

Dear Emma:

   In our recent email correspondences, you asked for clarity regarding my concerns of your infringement of my written work in submitting your draft novel, *The Girls*, for publication.  Please accept this letter as a good-faith attempt to resolve these issues promptly and amicably.

   My concerns of your infringement is based on the fact that the draft of *The Girls* that you provided to me on October 14, 2015 contains passages taken from several of my written works that you have presented to others as your own.  The draft that you provided to me of *The Girls* also contains many other idiosyncratic passages, scenic elements, sentence structures, scenes, ideas, and other creative expressions that you took from a variety of my written work and then presented to others as your own.  I have attached as Schedule A a listing of the portions of the novel that I believe contain my work.  I have also attached as Schedule B a selection of those passages, as compared with my work, to give you an understanding of my infringement concerns.  I have also attached as Schedule C a contextual history, including relevant dates and correspondence between us Re: *The Girls*. My concerns are also based on my belief that you

Page 2

may have obtained access to some or all of my written work via spyware that you installed on my personal laptop.

Therefore, I hereby request that you (a) remove from *The Girls*, or edit so as to distance fully your work from my own, all passages, scenes, and other original ideas that you took from my work, as identified in Schedule A hereto; and (b) provide me with any such proposed changes to the novel.

Further, I request that you provide to me a signed promise to destroy any and all of my writings in your possession that are not publically available (including any and all derivative works), including:

a.      All stories of mine;

b.      All essays of mine;

c.      All notes, correspondence, and any and all material that you obtained through the unauthorized access of my computer or my online accounts; and

d.      All materials that you obtained through the unauthorized access of Ms. Kristin Kiesel's professional or personal e-mail accounts.

Further, I request that you provide me with a signed agreement to cease and desist your accessing my computer and my online e-mail and other electronic accounts.

Further I request that you provide me with a copy of (a) the initial manuscript of *The Girls* that was provided to Penguin Random House, along with a copy of the covering email or letter of same indicating the manuscript transmission date; and (b) the original manuscript of *The Girls* that was provided to Scott Rudin, along with a copy of the covering email or letter of same indicating the manuscript transmission date.

131260702v1 0981903
131260702v1 0981903

Page 3

Further, given your unauthorized and willful use of my work in securing your recent literary contract with Penguin Random House and the motion picture option rights for *The Girls*, and the efforts expended by me to pursue this matter, I request payment of $7,500, which will include my costs and expenses incurred thus far in addressing this matter.

As you consider these requests, please do not destroy or alter any documents or records relating in any way to *The Girls*, our communications, or my literary work – whether in paper or electronic form.  In particular, all e-mails and other electronic messages should be preserved, including all e-mails, or other correspondence pertaining to *The Girls* in any way between you and:

> All current and former employees or representatives of The Clegg Agency, Inc., including Mr. Bill Clegg;
> All current and former employees or representatives of William Morris Endeavor Entertainment, LLC, including Mr. Bill Clegg;
> All current and former employees or representatives of Scott Rudin Productions, Inc., including Mr. Scott Rubin; and
> All current and former employees or representatives of Penguin Random House, including Ms. Kate Medina and Carolyn K. Foley, Esq.

Furthermore, please be advised that nothing in this communication shall constitute a waiver of any of my rights, remedies or powers or otherwise, and that I expressly reserve all rights to pursue all remedies or claims which may exist in law or at equity, including, but not limited to, its rights to be reimbursed for all expenses, including attorneys' fees.

I look forward to your prompt response to this letter and an amicable resolution of this matter.

Best,

Chaz Reetz-Laiolo

131260702v1 0981903
131260702v1 0981903

Page 4

## SCHEDULE A

1. "Caught in a house that was not my own"

2. "It would be worse to run. To be chased, to be caught from behind."

3. "An elderly woman who took fourteen pills a day, pills I crushed into a fine pink powder and stirred into vanilla pudding. The paraplegic lawyer who watched talk shows over my shoulder as I eased her sweatpants down on shower nights."

4.  (All from a single moment in "Animals")

      a. "I just want to take some time," my mother said, "to rebuild myself. They ask so much from you, don't they?"

      b. Baby girl

      c. Rolling her shoulders

5. "heavy rear" (both times it appears)

6. "looking hungrily over their bare shoulders"

7. "His room was odd, as seen from the floor, the loom of the dresser, the angled doorway."

8. "How his tongue kept revisiting the corner of his mouth."

9. "ways your desire could humiliate you."

10.  "There was so much, that first night, that should have been a warning."

11. "An old wooden house, like a sodden wedding cake"

12. "plumping in a breeze."

13. "schoolbus behind like a beached whale."

14. "his penis bunched"

15. "And I nodded, and said I understood, though of course I didn't. Not really. I was in a dress that wasn't mine, and I didn't think too far beyond the feeling that fluoresced over me."

16. "the sun already disappeared and the air shimmery with rare light."

17. "who taught composition at a land-grab university that advertised on television. The students were mostly foreigners who wanted to design video games."

18. "a woman who knocked on the apartment door, then turned and fled when I answered."

19. "floor messed"

20. "He lashed a stick at a trash bag, loosing a spill of garbage."

21. "staring at his own hands with crazed intentness like they were separate parts of him."

22. "So watchful of every tint in her face that I was sick with it, but happy, too, like a cuckolded husband."

Page 5

23. "polished legs of the sofa,"

24. "My father was both nearer to me than he had ever been, more legible, and at the same time more distant"

25. "Doomsville"

26. "incanting parts of his plan for Mitch up at the ceiling"

27. "Guy sniffed in the driver's seat, adjusting the mirrors. Helen said something I didn't hear."

28. "bundled in the passenger"

29. "the solar eclipse seen through a piece of paper."

30. "had once come across a deer taking tentative steps across a highway, the hooves sounding peculiar on asphalt"

31. "Okay, she says." Suzanne laughed. "She thinks the school is okay."

32. "The day she had floated for a while in the creek water, giving me space to look at her."

33. "The cancer that made him crave milk at the end,"

34. "The uncertain shape of a sleepy girl"

35. "An apartment I'd once lived where houseplants grew even in the northern rooms."

36.  The scene where the mother and Frank come home, drunk and loud, needs to be changed even more to separate it from the scene in my story and script.

**SCHEDULE B**

| Passages from *The Girls* | Selections of Mr. Reetz-Laiolo's Work |
|---|---|
| "Russel incanting parts of his plan for Mitch up at the ceiling" | "Ford and Darly lay there together incanting bits of dreams they'd had towards the ceiling." |
| "The uncertain shape of a sleepy girl" | "she was only the uncertain shape of a sleepy girl." |
| "The cancer that made him crave milk at the end," | "He craved milk at the end," my grandmother said to Holly, as if it were a thing between women." |
| "It would be worse to run. To be chased, to be caught from behind." | "it would be worse to get caught from behind, to be pulled down." |
| One-page section of *The Girls* when a new-age mother finds herself alone with her daughter after a divorce:<br><br>      a. "I just want to take some time," my mother said, "to rebuild myself."<br><br>      b. She calls the daughter "Baby girl".<br><br>      c. She uses a body brush.<br><br>      d. She rolls her shoulders.<br><br>      e. "heavy rear" is used to describe a woman's butt, a description you use twice in The Girls, taken from "Oak". | From *Animals* - A new-age mother is left with her son, who she calls "Baby Boy":<br><br>"The boy Laurel left to the house. She did yoga in the morning and danced and made lists. Marius took to scrubbing her with the boar-hair body brush, scraping her, her buttocks falling when he'd pushed up past them. This was so good for her spiritually, she kept saying. You know how long she'd needed this – this kind of cosmic, and she rolled her shoulders, and her tongue pronounced the word, release." |
| "An elderly woman who took fourteen pills a day, pills I crushed into a fine pink powder and stirred into vanilla pudding. The paraplegic lawyer who watched talk shows over my shoulder as I eased her sweatpants down on shower nights." | From *Take Care*:<br><br>"He took 14 pills each night, crushed into a fine pink or white dust and administered with the stale applesauce I retrieved from the otherwise empty fridge. I fed it into his wet mouth, wiping a bit off his chin, then raised his straw to his puckered lips under his mustache. He labored and his eyes bulged sucking in his iced tea. Then I would follow him into his bathroom that had been modified to accommodate his wheelchair. I pulled down his damp sweatpants as he jerked to raise his hips up…." |

Page 7

## SCHEDULE C

In September 2011, I asked you if you wanted to collaborate on a film script titled *The Girls*, that would be a deeper investigation into the young women who made up the Manson Family. You were reading *Helter Skelter*, and after you read me a passage about one of the assailants passing an open doorway where one of the victims lay in bed reading a book, I said, That's why nothing good has ever been made about the Mansons: Manson's not interesting; what's interesting is the girls.

**September 6, 2011**

You wrote to me about "our plan to write a manson script", confirming our collaboration on a film idea called, *The Girls*.

**October 12, 2011**
You wrote to me, stating, "lets put all our eggs in the manson basket."

**December, 2014**

After the sale of *The Girls* to Random House and film producer Scott Rudin, you and I had lunch in San Francisco. You were upset throughout the afternoon fearing you'd plagiarized from several notable sources. You had hired your sister to read the novels in question and compare them to yours. And you had run *The Girls* through several online plagiarism applications. You also asked me to read the novel to make sure I had no problems with it.

At that time, I imagined you were over-reacting, so, wanting to avoid further emotional entanglement, I declined to read the novel.

**February 24, 2015**

A computer consultant discovered a keystroke program on my computer, which you had installed on or before September 8, 2010. Through this program you unlawfully gained access to all of my online accounts, private communications, writing notes, and stories and essays both published and unpublished. You also used the keystroke program to unlawfully enter and monitor the account of Kristin Kiesel. Portions of The Girls are derived from this unlawful surveillance.

When you sold me the computer in 2013 you assured me you had "wiped" the computer. In fact the keystroke program continued to collect passwords and usernames, and in the course of the 4.5 years it ran, it compiled over 600,000 screen shots of my personal and professional activities.

When I discovered this, I sent you an email on February 24th titled "Novel", stating: "I think it would be good for me to read it, so send it on. You know how slow a reader I am though…"

**March 3, 2015**

Page 8

Instead of sending me the manuscript, you sent me an email with an attached Word doc. containing 8 sentences or multi-sentence combinations which appeared in *The Girls* manuscript and which had previously appeared in my published or unpublished work. The document was a single page. It was untitled.

I responded that same day:  "some of these would bother me to find in the novel. Especially since, someday the collection will be published with some of them in it.
I'll download and mark up the page you sent when I get home.
c"

Before I made the "mark up" you phoned to discuss the material you had plagiarized. The conversation was cordial until I said I preferred you not use the sentence combination, "It would be worse to run. To be chased, to be caught from behind."

I asked that you not use it because I was planning on publishing the essay that it was from. You responded by saying it wasn't actually a verbatim copy. You said, "Hold on." You got your computer and pulled up the unpublished copy of my essay that you apparently still had on your computer from when I sent you a draft of the essay in October 2011.

You read the original sentences, which you had changed slightly. Then said, "See, it's not verbatim. I don't think anybody else would be able to tell."

I responded, "It's not about whether other people will be able to tell; it's about respecting other writers' work."

## October 12, 2015

I wrote to ask to read the original manuscript for the second time.

You responded the same day: "I have no issues with you reading the novel, and I really don't think you have anything to be paranoid about. I don't have a pdf of the corrected manuscript, but they will be printing galleys soon and you can look at one of those."

I responded the same day: "No, I prefer to read the manuscript you sold. I'm sure you can find it among your emails to Clegg.

I want to read it, and make clear what I am not ok with.
Thanks,
 Chaz"

Instead of sending the original manuscript, you tried to contact me by phone. I wrote to say I did not want to talk by phone. And for the fourth time, I asked to read "the manuscript in its original version".

You wrote the same day: "I'm flying to london tomorrow, but I'll have random house send you the galley when I'm home next week. That's what will be getting published. If you have any concerns, you can let me know."

131260702v1 0981903
131260702v1 0981903

Page 9

**October 13, 2015**

I wrote: "The advice I've received is to let the author's guild request the original manuscript from Random House. I have not, because I prefer this remains private. But I have a right to read it, as you have already made clear it has some of my work in it."

Instead of sending the original manuscript, you emailed: "Chaz, I have to say I am genuinely hurt and saddened at the way this is going down. I am happy to send you any version that will help you, though I think the version that is slated to be published is the one that makes the most sense for you to look at. If for some reason you'd rather an older draft, that is ok too, just let me know your preference."

"After you read whatever version, I am of course happy to work with you if you feel there are issues. When I reached out some months ago, I was trying to be respectful of anything you might feel iffy about, and I understood from you that there weren't any major problems. I would have preferred if we dealt with this in December, when I asked you to look over the manuscript, but it's really ok--nothing is set in stone, and if you have concerns, I am happy to respond to them. Best, Emma"

I responded the same day: "You have no shame, emma. This is the fourth email I've asked to read the same copy: the original, which included my work in it. Please don't waste my time with your hurt and sadness. I tried to make this easy and clear, but you chose to evade yesterday and you continue now today. Just send the draft."

**October 14, 2015**

You sent a Word Doc. "*The Girls*" created that day, October 14. It was not the original manuscript, optioned to Scott Rudin and sold to Random House. Published sentences of mine from the March 3rd document had been redacted. Still this draft contains images, sentences, sequences, and scenes from both published and unpublished work of mine including:

- "How High the Moon", Amazon, 2015
- "Take Care", Salon.com, 2014
- "Animals", Ecotone, 2013
- "Oak", Corriere dela Sera, 2010
- "Out in the Street", Unpublished
- "Santa Barbara", Unpublished
- "Tennis", Unpublished
- "All Sea", Unproduced
- "22", Unpublished

**November 3, 2015**

I wrote: "I would not publish this novel if I were you. It is vile how much of my work you have plagiarized in it.

131260702v1 0981903
131260702v1 0981903