Thomas R. Burke (State Bar No. 141930)
Joy G. Kim (State Bar. No. 294841)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com
       joykim@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
Abigail B. Everdell (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: lizmcnamara@dwt.com
       abigaileverdell@dwt.com

Michael A. Vatis (*pro hac vice*)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3927
Facsimile: (212) 506-3950
Email: mvatis@steptoe.com

Attorneys for Defendants Emma Cline and
Penguin Random House LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAZ REETZ-LAIOLO, KARI BERNARD, and KRISTIN KIESEL,<br><br>Plaintiffs,<br><br>v.<br><br>EMMA CLINE and PENGUIN RANDOM HOUSE LLC,<br><br>Defendants. | Case No. 3:17-cv-06867-WHO<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

THE COURT, having taken note of the Stipulation Regarding Briefing Schedule for Defendants' Motion to Dismiss ("Motion") made by Plaintiffs Chaz Reetz-Laiolo, Kari Bernard, and Kristin Kiesel ("Plaintiffs") and Defendants Emma Cline and Penguin Random House LLC ("Defendants"), filed on February 2, 2018, HEREBY ORDERS THAT the briefing schedule and hearing date for Defendants' Motion shall be modified as follows:

- Plaintiffs' opposition to Defendants' Motion to Dismiss shall be filed with the Court no later than March 2, 2018; and
- Defendants' reply in support of their Motion to Dismiss shall be filed no later than March 21, 2018; and
- Defendants' Motion to Dismiss shall be heard before the Court on April 11, 2018, at 2:00 P.M.

ENTERED this 5th day of February, 2018.

Hon. William H. Orrick
United States District Judge