# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHAZ REETZ-LAIOLO, KARI BERNARD, and KRISTIN KIESEL,<br><br>Plaintiffs,<br><br>v.<br><br>EMMA CLINE and PENGUIN RANDOM HOUSE LLC,<br><br>Defendants. | Case No. 3:17-cv-06867-WHO<br><br>**ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT UNDER RULE 54(b)** |

**ORDER**

This Court, having considered the Parties' Stipulation Regarding Briefing Schedule on Plaintiffs' Motion for Entry of Judgment Under Rule 54(b), hereby orders as follows:

- Reponses to Plaintiffs' Motion for Entry of Judgment Under Rule 54(b) shall be due on January 8, 2019; and
- Replies shall be due on January 18, 2019; and
- The Motion Hearing shall be set for February 20, 2019 at 2:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick.

**IT IS SO ORDERED.**

Dated: December 21, 2018

_____
Hon. William H. Orrick
United States District Judge